IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO RENARD CALDWELL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>R. E. MURPHY,<br><br>　　　　　　Defendant.<br>_____/ | 1:06-cv-00601-OWW-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT MURPHY ON EXCESSIVE FORCE AND DUE PROCESS CLAIMS, AND THAT PLAINTIFF'S CLAIM FOR RETALIATION BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Gino Renard Caldwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 17, 2006. (Doc. 1.) The case now proceeds on the first amended complaint filed on September 15, 2006. (Doc. 8.) The first amended complaint names only one defendant, Correctional Officer ("C/O") R. E. Murphy, and alleges claims for excessive force under the Eighth Amendment, violation of plaintiff's rights to Due Process, and retaliation.

On July 15, 2008, the court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and found that it stated cognizable claims for relief under section 1983 against defendant Murphy for excessive force under the Eighth Amendment and for violation of plaintiff's rights to Due Process. (Doc. 13.)   Plaintiff was given leave to either file a second amended complaint, or in the alternative, to notify the court that he does not wish to file a second amended complaint and instead

wishes to proceed only with the claims found cognizable by the court, within thirty days. Id. On July 29, 2008, plaintiff filed written notice to the court that he wishes to proceed only with the claims found cognizable by the court. (Doc. 14.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendant R. E. Murphy for excessive force and Due Process violations; and

2. Plaintiff's claim against defendant R. E. Murphy for retaliation be dismissed from this action based on plaintiff's failure to state a claim upon which relief may be granted under § 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   August 11, 2008**           /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE