IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO RENARD CALDWELL, | 1:06-cv-00601-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 17.) |
| R. E. MURPHY, | ORDER FOR CASE TO PROCEED ONLY AGAINST DEFENDANT MURPHY ON |
| Defendant. | EXCESSIVE FORCE AND DUE PROCESS CLAIMS |
| | ORDER DISMISSING RETALIATION CLAIM |
| _____/ | |

Gino Renard Caldwell ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 13, 2008, findings and recommendations were entered, recommending that this action proceed only against defendant Murphy on plaintiff's excessive force and due process claims, and that plaintiff's retaliation claim be dismissed.   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1.  The Findings and Recommendations issued by the Magistrate Judge on August 13, 2008, are adopted in full;

    2.  This action shall proceed only against defendant Murphy on plaintiff's excessive force and due process claims; and

    3.  Plaintiff's retaliation claim is dismissed.

IT IS SO ORDERED.

**Dated:   September 30, 2008**      **/s/ Oliver W. Wanger**
                 UNITED STATES DISTRICT JUDGE

2