UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINO RENARD CALDWELL, | ) | 1:06-cv-00601-OWW-GSA-PC |
| Plaintiff, | ) ) | ORDER RE PLAINTIFF'S MOTION FOR ABEYANCE AND MOTION TO |
| v. | ) ) | AMEND (Docs. 29, 30.) |
| CORRECTIONAL OFFICER R. E. MURPHY, | ) ) | THIRTY DAY DEADLINE TO FILE |
| Defendant. | ) ) ) | NOTICE OF EXPLANATION, IF PLAINTIFF WISHES |

Gino R. Caldwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 17, 2006. (Doc. 1.) On September 15, 2006, plaintiff filed the First Amended Complaint. (Doc. 8.) On July 15, 2008, the court issued an order finding the First Amended Complaint stated cognizable claims against defendant Murphy for excessive force under the Eighth Amendment and Due Process violations, but not for retaliation. (Doc. 13.) Plaintiff was given leave to either file a Second Amended Complaint or notify the court that he wishes to proceed only on the claims found cognizable by the court. On July 29, 2008, plaintiff notified the court that he wishes to proceed only on the claims found cognizable by the court. On September 17, 2008, the court directed the United States Marshal to serve a summons and the First Amended Complaint upon defendant Murphy. (Doc. 20.) On November 21, 2008, defendant Murphy filed an Answer to the First Amended Complaint. (Doc. 23.) On January 9, 2009, the court issued a Scheduling/Discovery order commencing discovery and setting out deadlines in this action. (Doc. 27.)

1

1    On February 17, 2009, plaintiff filed a Motion for Leave to File an Amended Complaint, and submitted a proposed Second Amended Complaint which was lodged by the court. (Docs. 29, 31.) Also on February 17, 2009, plaintiff filed a Request For An Abeyance, in which he requested an "'[a]beyance' on the request of the response of the court regarding Plaintiff's request to amend his complaint." (Doc. 30.) The motion to amend and the motion for abeyance are now before the court.

In light of the fact that plaintiff simultaneously filed a motion to amend and a motion for abeyance of the motion to amend, plaintiff's intentions are not clear. A motion for abeyance is a request for the court to stay or postpone a proceeding. The court considers plaintiff's motion for abeyance to be a request from plaintiff to withdraw the motion to amend the complaint at this time. If the motion for abeyance is granted, plaintiff's motion to amend shall be withdrawn from consideration, and the proposed Second Amended Complaint shall be returned to plaintiff. If plaintiff does not wish this result, he must file a Notice of Explanation to the court within thirty days, explaining his intentions regarding the motion to amend and the motion for abeyance. If plaintiff does not file a Notice of Explanation pursuant to this order, the motion for abeyance shall be granted, and the motion to amend shall be withdrawn.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of filing of this order, plaintiff shall file a Notice of Explanation with the court, explaining his intentions regarding the motion to amend and the motion for abeyance; and

2. Should plaintiff fail to file a Notice of Explanation pursuant to this order, plaintiff's motion for abeyance shall be granted and his motion to amend shall be withdrawn from consideration.

IT IS SO ORDERED.

Dated:   **March 3, 2009**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2