UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO RENARD CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER R. E. MURPHY,<br><br>    Defendant. | 1:06-cv-00601-OWW-GSA-PC<br><br>ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR LEAVE TO AMEND<br>(Doc. 30.)<br><br>ORDER WITHDRAWING MOTION FOR LEAVE TO AMEND<br>(Doc. 29.)<br><br>ORDER FOR CLERK TO RETURN LODGED AMENDED COMPLAINT TO PLAINTIFF<br>(Doc. 31.) |

    Gino Renard Caldwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint on March 17, 2006. (Doc. 1.) This action now proceeds on the First Amended Complaint filed on September 15, 2006, against defendant Murphy on plaintiff's excessive force claim. (Doc. 8.) On November 21, 2008, defendant Murphy filed an Answer to the First Amended Complaint. (Doc. 23.) On January 9, 2009, the court issued a Discovery/Scheduling Order commencing discovery and setting out deadlines in this action. (Doc. 27.)

    On February 17, 2009, plaintiff filed a Motion for Leave to Amend the Complaint and lodged a proposed second amended complaint. (Docs. 30, 31.) Simultaneously, plaintiff filed a document

1

entitled "Request for an Abeyance," in which he appears to request withdrawal of the Motion for Leave to Amend. (Doc. 29.) On March 3, 2009, the court issued an order for plaintiff to file a Notice of Explanation, explaining his intentions regarding the Request and Motion. (Doc. 33.) Pursuant to the order, plaintiff was granted thirty days in which to file a Notice of Explanation, if he wished. Plaintiff was informed in the order that if he failed to file a Notice of Explanation, the Request would be granted, the Motion For Leave to Amend would be withdrawn, and the proposed second amended complaint would be returned to plaintiff. The thirty day period has expired, and plaintiff has not filed a Notice of Explanation or responded otherwise to the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Request to withdraw his Motion to Amend is GRANTED;
2. Plaintiff's Motion for Leave to Amend the Complaint is WITHDRAWN from consideration; and
3. The Clerk is DIRECTED to return the proposed second amended complaint, lodged on February 17, 2009, to Plaintiff.

IT IS SO ORDERED.

Dated: **April 23, 2009**          **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE