8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | GINO RENARD CALDWELL,          )     1:06-cv-00601-OWW-GSA-PC
                                   )
12 |          Plaintiff,           )     ORDER CROSS-DESIGNATING CASE TO
                                   )     JUDGE VADAS FOR SETTLEMENT
13 |     v.                        )
                                   )     ORDER SETTING SETTLEMENT
14 | CORRECTIONAL OFFICER R. E.    )     CONFERENCE BEFORE JUDGE VADAS ON
     MURPHY,                       )     AUGUST 18, 2009, AT 11:00 A.M. AND
15 |                               )     REQUIRING PARTIES TO SUBMIT
                                   )     CONFIDENTIAL SETTLEMENT
16 |          Defendant.           )     CONFERENCE STATEMENTS TO JUDGE
                                   )     VADAS ON OR BEFORE AUGUST 11, 2009
17 |                               )
                                   )     ORDER STAYING CASE PENDING
18 |                               )     COMPLETION OF SETTLEMENT
                                   )     CONFERENCE BEFORE JUDGE VADAS
19 | _____ )

20    Gino Renard Caldwell ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

21 in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the original complaint on March

22 17, 2006.  (Doc. 1.)

23    On May 1, 2009, the parties to this action filed a stipulation for the Court to issue a stay of the

24 proceedings and to refer this case to the Prisoner Pro Se Mediation Program with Magistrate Judge

25 Nandor Vadas in order to explore a possible settlement.  The parties also agreed that should this case

26 be referred to the pro se mediation program and if the mediation is unsuccessful, the parties will still

27 maintain all their litigation rights, including taking the case to trial.

28

Based on this stipulation, the Court has initiated facilitation of a settlement conference before Judge Vadas. This case shall be stayed in its entirety pending completion of the settlement conference. If settlement is not accomplished, the parties will be invited via order to file status reports, and the Court will thereafter issue a new scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1.     This case is cross-designated to the Honorable Nandor J. Vadas for settlement purposes only;

2.     This case is stayed in its entirety pending completion of the settlement conference before Judge Vadas;

3.     The settlement conference shall be conducted on August 18, 2009, at 11:00 a.m., before Judge Vadas at the California State Prison-Solano;[1] and

4.     Plaintiff and Defendant shall submit confidential settlement conference statements by mail to Judge Vadas, to be received in Chambers on or before August 11, 2009, to:

United States Magistrate Judge Nandor J. Vadas
P.O. Box 1306
Eureka, CA 95501-1038

IT IS SO ORDERED.

Dated:   **May 6, 2009**                          **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.