# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO RENARD CALDWELL, | 1:06-cv-00601-OWW-GSA (PC) |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GINO RENARD CALDWELL, |
| vs. | CDC #H-98246, PLAINTIFF |
| CORRECTIONAL OFFICER R.E. MURPHY, | DATE: AUGUST 18, 2009 |
| | TIME: 11:00 A.M. |
| Defendants. | PLACE: CALIFORNIA STATE PRISON-SOLANO |

**Gino Renard Caldwell**, inmate, **CDC# H-98246**, a necessary and material witness on his own behalf in proceedings in this case on August 18, 2009, is confined at the R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at **California State Prison-Solano, 2100 Peabody Road, Vacaville, CA 95696-4000,** on **August 18, 2009**, at **11:00 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a Settlement Conference before United States Magistrate Judge Nandor Vadas at the California State Prison-Solano on the date and time written above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the R. J. Donovan Correctional Facility;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of the R. J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179**

**WE COMMAND** you to produce the inmate named above to participate in a Settlement Conference before United States Magistrate Judge Nandor Vadas at the California State Prison-Solano on the date and time written above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the R. J. Donovan Correctional Facility.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: July 7, 2009         /s/ Gary S. Austin
                            UNITED STATES MAGISTRATE JUDGE