UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINO RENARD CALDWELL, | ) | 1:06-cv-00601-OWW-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SETTLEMENT |
| | ) | CONFERENCE BEFORE JUDGE VADAS |
| v. | ) | FROM AUGUST 18, 2009 AT 11:00 A.M. |
| | ) | TO SEPTEMBER 21, 2009 AT 9:00 A.M. |
| CORRECTIONAL OFFICER | ) | AT CALIFORNIA STATE PRISON-SOLANO |
| R. E. MURPHY, | ) | |
| | ) | ORDER DIRECTING CLERK TO SERVE ORDER |
| Defendant. | ) | ON JUDGE VADAS |
| _____ | ) | |

PLEASE TAKE NOTICE

The settlement conference scheduled before the Honorable Nandor J. Vadas at the California State Prison-Solano is HEREBY CONTINUED:

FROM: August 18, 2009 at 11:00 a.m.

TO: **September 21, 2009 at 9:00 a.m.** [1]

Pursuant to the Court's order of May 6, 2009, this action is stayed in its entirety pending completion of the settlement conference. The Clerk shall serve a copy of this order on Judge Vadas.

IT IS SO ORDERED.

Dated:   **August 17, 2009**                  /s/ Gary S. Austin
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] By separate order, the transportation of Plaintiff for the settlement conference will be arranged.