1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6    GINO RENARD CALDWELL,           )      1:06-cv-00601-OWW-GSA-PC
                                     )
7          Plaintiff,                )
                                     )
8       v.                           )      ORDER VACATING JULY 8, 2009 ORDER
                                     )      AND WRIT OF HABEAS CORPUS AD
                                     )      TESTIFICANDUM AS TO GINO RENARD
9    CORRECTIONAL OFFICER            )      CALDWELL, CDC# H-98246
     R. E. MURPHY,                   )
10                                   )      (DOCUMENT #37)
           Defendant.                )
11   _____)

12          On July 8, 2009, the court issued an order and Writ of Habeas Corpus ad Testificandum to

13   transport Plaintiff Gino Renard Caldwell, commanding the Warden of the R. J. Donovan Correctional

14   Facility to  produce California prisoner Gino Renard Caldwell #H-98246 at the California State Prison-

15   Solano on August 18, 2009 at 11:00 a.m., to attend a settlement conference in this action.

16          The settlement conference is being continued to September 21, 2009 at 9:00 a.m.,due to prison

17   conditions presently affecting the transportation of inmates.  By separate orders, the court shall continue

18   the settlement conference and issue a new Writ of Habeas Corpus Ad Testificandum to transport

19   Plaintiff.

20          Accordingly, due to the continuance of the settlement

21   conference, IT IS ORDERED that the court's order of July 8, 2009,

22   ordering that a Writ of Habeas Corpus ad Testificandum issue, and the

23   Writ of Habeas Corpus ad Testificandum issued on July 8, 2009,

24   commanding the production of inmate Gino Renard Caldwell, BE

25   HEREBY VACATED.

26

27          IT IS SO ORDERED.

28      Dated:    **August 17, 2009**              **/s/ Gary S. Austin**

1                                                    UNITED STATES MAGISTRATE JUDGE