United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Caldwell,

    Plaintiff,

        v

Murphy,

    Defendants.

Case No C 06-601 OWW GSA (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on September 21, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff - Gino Caldwell

☐ Warden or warden's representative

☒ Office of the California Attorney General - Matthew W. Kubicek

☒ Other: California Department of Corrections and Rehabilitation - Jason Gatchalian

(2)     The following individuals, parties, and/or representatives did not appear:

(3)     The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement. Case did not settle, parties agree to set this outfor thirty days for further settlement conference by phone.

☐ The parties are unable to reach an agreement at this time.

Date:   October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caldwell, | No. C06-0601 OWW GSA (NJV) |
| v. | CERTIFICATE OF SERVICE |
| Murphy, _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   October   20  , 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Gino Renard Caldwell**
H-98246
R.J. DONOVAN CORRECTIONAL FACILITY (RJD)
480 ALTA ROAD
SAN DIEGO, CA 92179

RICHARD W. WIEKING, CLERK

By:/s/_____
Gloria Masterson-Deputy Clerk

3