# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO RENARD CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER<br>R. E. MURPHY,<br><br>Defendant.<br>_____/ | 1:06-cv-00601-OWW-GSA-PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION AND RULE 41(a)<br>(Doc. 46.)<br><br>ORDER DIRECTING CLERK TO CLOSE FILE |

Plaintiff Gino Renard Caldwell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's amended complaint filed on September 15, 2009, against defendant Correctional Officer R. E. Murphy ("Defendant"), on Plaintiff's excessive force and due process claims.[1] (Doc. 8.) Defendant filed an Answer to the amended complaint on November 21, 2008. (Doc. 23.)

The parties to this action have participated together in settlement conferences before the Honorable Nandor J. Vadas, Magistrate Judge. On February 9, 2010, Plaintiff and Defendant filed a Stipulation For Voluntary Dismissal With Prejudice, pursuant to Federal Rule of Civil

---

[1] Plaintiff only named one defendant in this action. (Docs. 1, 8.) Plaintiff's claim for retaliation was dismissed by the Court on September 30, 2008. (Docs. 17, 22.)

1

Procedure 41(a)(1)(A)(ii), signed by Plaintiff and Defendant. (Doc. 46.) Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Therefore, this action shall be dismissed in its entirety with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED in its entirety with prejudice, pursuant to the parties' stipulation of February 9, 2010, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. The Clerk of the Court is DIRECTED to:

    (1) Close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a); and

    (2) Serve a copy of this order on Magistrate Judge Nandor J. Vadas.

IT IS SO ORDERED.

**Dated:   February 12, 2010**               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE